**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 464 MAL 2015
:
          Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
MITCHELL HOWARD, A/K/A HOWARD :
MITCHELL, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.